IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN PIZARRO,

    Petitioner,

vs.

DENNIS SMITH,

    Respondent.

                             /

1:06-CV-1820 OWW LJO HC

ORDER VACATING ORDER OF JANUARY 16, 2007

[Doc. # 3]

        Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 14, 2006, Petitioner filed petition for writ of habeas corpus.

        On January 16, 2007, the Court ordered Petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. According to the docket, Petitioner paid the filing fee on January 12, 2007. Accordingly, IT IS HEREBY ORDERED THAT the Court's order of January 16, 2007, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   January 17, 2007**                     /s/ Lawrence J. O'Neill
23ehd0                                           UNITED STATES MAGISTRATE JUDGE